UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                       CRIMINAL NO. 11-mj-30247

v.                                    HONORABLE MARIANNE O. BATTANI

D-1, SHENNELLY TAMEKA FINN,
D-2, LASHAWNA CHRISTINA MORGAN,

      Defendants.
_____/

## ORDER SETTING CASH BOND

On May 11, 2011 the Court held a hearing on the appeal of the Magistrate Judge's Order Setting Conditions of Release. For the reasons stated on the record,

IT IS ORDERED that a cash bond of twenty five thousand dollars ($25,000.00) is set for each defendant.

The bond shall be payable in United States Currency in the form of cash or a cashier's check made payable to:

        "Clerk, U.S. District Court"

**SO ORDERED**.

Dated: May 11, 2011              s/ Marianne O. Battani
                                       MARIANNE O. BATTANI
                                       UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, May 11, 2011, by electronic and/or ordinary mail.

                                           S/Julie Owens
                                        Case Manager, (313) 234-5160